IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 04–cv–00904–EWN–BNB

DOUGLAS L. PINTAR,

    Plaintiff,

v.

LIBERTY LIFE ASSURANCE COMPANY, a foreign corporation,

    Defendant.

---

**MINUTE ORDER**

---

EDWARD W. NOTTINGHAM, Judge
Stacy L. Steinbrecher, Secretary

"Plaintiff's Motion for Entry of Judgment" (Document 71) filed August 10, 2005 is DENIED for failure to comply with local rule 7.1A.

Dated: August 15, 2005