IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 04–cv–00904–EWN–BNB

DOUGLAS L. PINTAR,

    Plaintiff,

v.

LIBERTY LIFE ASSURANCE COMPANY, a foreign corporation,

    Defendant.

---

## **ORDER**

---

This matter is before the court on Plaintiff's Amended Motion for Entry of Judgment (#73). Defendant has responded. Upon consideration of the motion and response, the court concludes that plaintiff is entitled to entry of a final judgment so that he can appeal if he feels aggrieved. The final judgment he suggests, however, is simply not what the court ordered. Accordingly, it is

ORDERED that the motion (#73) be GRANTED in part and DENIED in part. The clerk will forthwith enter judgment in accordance with the court's Order and Memorandum of Decision.

Dated this 17th day of August, 2005.

BY THE COURT:

s/Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge