IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 04–N–904 (BNB)

DOUGLAS L. PINTAR,

    Plaintiff,

v.

LIBERTY LIFE ASSURANCE COMPANY, a foreign corporation,

    Defendant.

## ORDER

    Upon consideration of the motion for costs (#79) and the clerk's award of costs (#88) it is hereby

    ORDERED, for reasons recited in the Order Concerning Pending Motions filed today, that the motion (#79) be DENIED without prejudice to renewal at a later appropriate point in the proceedings and that the clerk's award of costs (#88) is hereby VACATED.

    Dated this 8th day of November, 2005.

                                                 BY THE COURT:

                                                 s/ Edward W, Nottingham
                                                 EDWARD W. NOTTINGHAM
                                                 United States District Judge